UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SUSANNA PALMA, | No. 2:17-cv-01569-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| HANGER PROSTHETICS & ORTHOTICS, INC., a Delaware Corporation, | |
| Defendant. | |

The parties jointly request (ECF No. 14) to amend dates in the pretrial scheduling order (ECF No. 10). Good cause appearing, the court GRANTS this request as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | November 16, 2018 | February 15, 2019 |
| Completion of Expert Discovery | December 21, 2018 | March 22, 2019 |
| All Dispositive Motions | March 8, 2019 | April 19, 2019 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 10).

IT IS SO ORDERED.

DATED: July 23, 2018.

UNITED STATES DISTRICT JUDGE

1